UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60768-CIV-SIMONTON

KAMELLA TEMPLE-THOMPSON
et al.,

    Plaintiffs,

vs.

GOD'S BLESS, INC.,
et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the Parties' joint Motion to Approve Settlement Agreement and Dismiss with Prejudice, ECF No. [40]. Pursuant to the consent of the Parties, the Honorable K. Michael Moore, Chief United States District Judge, has referred this matter to the undersigned Magistrate Judge for all further proceedings, including trial by jury and entry of final judgment, ECF Nos. [37][38].

This action involves claims brought by Plaintiffs Kamella Temple-Thompson and Suzette Gordon against Defendants God's Bless, Inc., Chinyere Rosensteel, and Steven Rosensteel, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., ("FLSA"), ECF No. [1]. The parties have reached a resolution of the matter, and provided a copy of the Settlement Agreement for an *in camera* review by the undersigned. The undersigned has reviewed the agreement and finds it to be a fair and reasonable resolution of the matter.[1] The Parties have requested that the Court retain jurisdiction to enforce the terms of the settlement agreement.

---

[1] In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United*

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Settlement Agreement entered into by the parties is **APPROVED**. It is further

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice; this case is closed and all pending motions are denied as moot. The Court retains jurisdiction to enforce the terms of the Settlement Agreement through January 12, 2018.

**DONE AND ORDERED** in chambers this 1st day of December, 2017.

*(signature)*
_____
**HONORABLE ANDREA M. SIMONTON**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**Copies provided:** Counsel of record

---

*States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.